# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DENNIS L. DELMAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-094 |
| DISTRICT ATTORNEY LARRY CHISHOLM and DETECTIVE N. GORGOS, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se* but using no form complaint, Dennis L. Delmar filed this "civil action" on April 11, 2011. (Doc. 1.) Because he accompanied it with no filing fee or motion to proceed *in forma pauperis* ("IFP"), the Clerk sent him a deficiency notice that day along with a form IFP motion. The notice directed Delmar to submit the $350 filing fee or an IFP motion by May 2, 2011. (*Id.*) He did not comply and has apparently abandoned his claim. Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee

or move to proceed IFP. *See* 28 U.S.C. § 1914(a).

**SO REPORTED AND RECOMMENDED** this 4/72 day of May, 2011.

                                UNITED STATES MAGISTRATE JUDGE
                                SOUTHERN DISTRICT OF GEORGIA